1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | MURAGE M. NGATIA,                              )   CASE NO. CV 07-06048 MMM (AGRx)
12 |                    Plaintiff,                  )
13 |          vs.                                   )
14 | MICHAEL MUKASEY, Attorney General             )   JUDGMENT FOR DEFENDANTS
    | of the United States; MICHAEL                 )
15 | CHERTOFF, Secretary, Department of             )
    | Homeland Security; CHRISTINA                   )
16 | POULUS, Director, California Service           )
    | Center, an agency of the United States        )
17 | Citizenship and Immigration Services; and,    )
    | ROBERT P. WEIMANN, Chief,                      )
18 | Administrative Appeals Office,                 )
19 |                    Defendants.                 )
20

21        On January 28, 2008, the court granted defendants' motions to dismiss.  Accordingly,

22        IT IS ORDERED AND ADJUDGED

23            1.  That plaintiff takes nothing by way of his complaint against defendants;

24            2.  That the action be, and it hereby is, dismissed; and

25            3.  That defendants recover their costs of suit herein.

26

27 | DATED: January 28, 2008            _____
                                        MARGARET M. MORROW
28                                      UNITED STATES DISTRICT JUDGE